UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN WILLIAMS REYES, ) | NO. CV 15-7661-PSG (AS) |
| Plaintiff, ) | |
| v. ) | **ORDER ACCEPTING FINDINGS,** |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social ) Security, ) | **CONCLUSIONS AND RECOMMENDATIONS** **OF UNITED STATES MAGISTRATE** |
| ) Defendant. ) | **JUDGE** |

Pursuant to 28 U.S.C. section 636(b)(1)(B), the Court has reviewed the complaint, the records on file, and the attached Report and Recommendation of United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED that:** (1) the Report and Recommendation is approved and adopted as the Findings of Fact and Conclusions of Law herein; (2) the decision of the Administrative Law Judge is

affirmed; and (3) Judgment shall be entered in favor of Defendant.

**IT IS FURTHER ORDERED that** the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on counsel for Plaintiff and on the United States Attorney for the Central District of California.

DATED: 7/28/16

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE